# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| **WAVE LINX LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**INFRATEL US, INC.,**<br><br>　　　　Defendant. | Civil Action No.: 2:20-cv-01758-JLR<br><br>**TRIAL BY JURY DEMANDED**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

　　　　The Court, having considered the Parties' Joint Motion to Dismiss [D.E. 10], and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that the claims against Defendant and the counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE. Each to party to bear its own costs.

　　　　**IT IS SO ORDERED.**

　　　　Dated: February 25, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO DISMISS - 1